# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

KYLE ANTHONY DOOLIN,

    Plaintiff,

vs.

UNKNOWN,

    Defendant.

No. C07-0045-LRR

ORDER

    This matter is before the court on the submission of a letter. The plaintiff submitted the letter on May 18, 2007. The Clerk's Office filed the letter as a 42 U.S.C. § 1983 action. A letter is insufficient to commence a civil action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Moreover, the plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Accordingly, this action is dismissed without prejudice. 28 U.S.C. § 1914; 28 U.S.C. § 1915. The Clerk of Court is directed to file the letter for the purpose of making a record.

    **IT IS SO ORDERED**

    **DATED** this 31st day of May, 2007.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA